GARDEN CITY COUNTRY CLUB, INC., Respondent, v. FERDINAND I. HABER, as Special Guardian for A. E. ANGUS and Others, Respondent, and ELLA S. CARRAGAN, as Executrix of SYDNEY B. CARRAGAN, Deceased, et al., Appellants,

528

et al., Defendants.—

No opinion. Appeal from decision dismissed; no appeal lies from a decision. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.